Stephen A. King (S.B.N. 224683)
Rob A. Rodriguez (S.B.N. 224511)
Richard A. Apodaca (S.B.N. 292294)
RODRIGUEZ & KING
3633 Inland Empire Blvd., Suite 575
Ontario, CA 91764
Phone: (909) 944-3777
Fax: (909) 944-5777
Email: sking@rodriguezking.com

Attorneys for Plaintiffs,
Nigel Smith and Naim Cornick

JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL 2 4 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIGEL SMITH, an individual, and NAIM CORNICK, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, a municipality, and DOES 1 through 50, inclusive <br><br> Defendants. | Case No.: 2:14-cv-08809-PA-FFM <br><br> *ORDER ON* <br> PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

TO THE HONORABLE PERCY ANDERSON, UNITED STATES DISTRICT JUDGE, THE DEFENDANT, AND THEIR ATTORNEY OF RECORD:

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Nigel Smith and Naim Cornick (collectively "Plaintiffs"), hereby file this motion to dismiss without prejudice.

This motion will be based upon this notice, the accompanying memorandum of points and authorities, all pleadings and records on file herein, and on any such arguments that may be presented at the hearing of such motion.

**RODRIGUEZ & KING**

Date: July 22, 2015          By:_____/s/_____

Stephen A. King, Esq.
Attorney for Plaintiffs, Nigel Smith and Naim Cornick

IT IS SO ORDERED   7/24/15
Dated _____

_____
United States District Judge

PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

2